LAW OFFICE OF
# RUSSELL A. NEVERDON, SR., LLC
711 Saint Paul Street, Ground Floor
Baltimore, Maryland 21202
Telephone: (410) 235-2184
Facsimile: (410) 235-4000
www.neverdonlaw.com

October 14, 2015

United States District Court of Maryland
Attn.: Civil Clerk's Office
101 West Lombard Street
Baltimore, Maryland 21201

**Re.:** *Brown v Laboard, et al.*
**Our Client: Chris Brown**
**Case No.: 1:15-CV-01724**

Dear Madame Clerk:

As you know, this office has been retained to represent the interests of Ms. Chris Brown regarding her late son, Christopher Brown. A <u>Complaint</u> was filed and we requested issuance of the Summons. The attached Summons were subsequently issued; however, the names are incorrect. On each Summons, it has the name of the person who is to be served as being the Defendant. This is incorrect. The additional Defendants are the State of Maryland and Baltimore County Police Department, respectively.

As a result of this clerical error, each Summons has been challenged and could result in the above-captioned matter being dismissed. Upon receipt of this correspondence, we hereby formerly request that each Summons get corrected and re-issued, respectively. Although Michael Fields, Esquire is the person who can accept service on behalf of each respective Defendants, he himself is not a Defendant and should not be listed as such.

If you have any questions or concerns, please do not hesitate to call the office. Thank you, in advance, for your anticipated cooperation and immediate attention to this matter.

_____
Scherron Joseph Lee
**PARALEGAL**
Law Office of Russell A. Neverdon, Sr., LLC
711 Saint Paul Street, Ground Floor
Baltimore, Maryland 21202
Office: (410) 235-2184
Facsimile: (410) 235-4000
Cell: (443) 881-6745
Paralegalscherronlee@yahoo.com